# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McAllen Division

UNITED STATES OF AMERICA
V.
**Sylvia Carla Mendes**
YOB: 1988
COC: United States

*Name and Address of Defendant*

AUG 22 2018

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-18-1727-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __August 21, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

See Attachment A

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

**Approved By:** *A. Andrade*

Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant

__August 22, 2018__ at **McAllen, Texas**

Date                          City and State

**J. Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                    Signature of Judicial Officer

Attachment A

The defendant, a United States citizen and driver of the vehicle, attempted to bring illegally into the United States through the Hidalgo Port of Entry an undocumented minor A.D.G.D. (female, 13 years old), a Mexican citizen, as a United States citizen. At primary, the defendant claimed the child as her own and presented a State of Georgia Certificate of Live Birth bearing the name K.M. as proof. She also presented State of Georgia birth certificates for her two minor children. Her adult cousin was also present. All the passengers were referred into secondary due to A.D.G.D. not answering to the name provided on the birth certificate.

In secondary, the defendant claimed all the passengers as her children. Upon further inspection, the defendant admitted that she was not the child's mother and that the child was in fact a citizen of Mexico born in Veracruz. The defendant stated that she only knows the child's first name as A. The defendant went on to say that she had been propositioned by the child's mother, whom is living in the State of Georgia to bring the child into the United States illegally. She claimed that the child's mother gave her the idea of using her true child's birth certificate to facilitate A.D.G.D.'s entry.

The defendant stated that she borrowed the vehicle she was driving from the child's father and arrived in Reynosa, Tamaulipas, Mexico on August 21, 2018. She claimed that she drove to the child's aunt's house where she took custody of the child. The defendant stated that she was bringing the child into the United States as a favor to her friend as she seemed desperate to reunite with her child. The defendant admitted to receiving $1,000 dollars for food and travel expenses.

Database queries revealed A.D.G.D. did not have any legal status to enter the United States. The child was transported to the McAllen Central Processing Center for temporary housing.